**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:
MIDWEST MILLWORK, INC.

CHAPTER 7 CASE

CASE NO. 04B-47450 BWB

JUDGE BRUCE W. BLACK

Debtor(s)

**TRUSTEE'S FINAL REPORT**

To:    THE HONORABLE BRUCE W. BLACK
       BANKRUPTCY JUDGE

NOW COMES THOMAS B. SULLIVAN, TRUSTEE, herein, and respectfully submits to the Court and to the United States Trustee his Final Report and Account in accordance with 11 U.S.C. §704(9).

1.    THOMAS B. SULLIVAN, TRUSTEE was appointed as the Chapter 7 trustee ("Trustee"). The Petition commencing this case was filed on 12/28/04. The Trustee was appointed on 12/28/04. An order for relief under Chapter 7 was entered on 12/28/04.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of 10/3/08 is as follows:

       a.  RECEIPTS (See Exhibit C)                    $_____59,579.98

b.  DISBURSEMENTS (See Exhibit C)                                    $_____2,196.32

c.  NET CASH available for distribution                              $_____57,383.66

d.  TRUSTEE/PROFESSIONAL COSTS
    1.  Trustee compensation requested (See Exhibit E)      $_____6,228.69
    2.  Trustee Expenses (See Exhibit E)                    $_____17.50
    3.  Compensation requested by attorney or other
        professionals for trustee (See Exhibit F)         $_____39,665.25
                                                          $_____

5.      The Bar Date for filing unsecured claims expired on <u>09/15/05</u>.

6.      All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the

Trustee.   The actual dollar amount of claims allowed and/or requested for this estate is as follows:

a.  Allowed unpaid secured claims                                    $_____2,649.00

b.  Chapter 7 Administrative and 28 U.S.C. §1930 claims              $_____46,411.44

c.  Allowed Chapter 11 Administrative Claims                         $_____0.00

d.  Allowed priority claims                                          $_____234,404.16

e.  Allowed unsecured claims                                         $_____404,779.74

7.      Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.      Total compensation and expense previously awarded to Trustee's counsel, accountant or other

professional was $0.00.  Professional's compensation and expense requested but not yet allowed is

$39,665.25.  The total of Chapter 7 professional fees and expenses requested for final allowance is

$45,911.44. (A summary of the professional fees and expenses previously requested is attached hereto

as Exhibit G.)

9.      A fee of $1,000.00 was paid to Debtor's counsel for services rendered in connection with this

case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

**WHEREFORE**, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for noti ce and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further request s that the Court award final compensation and reimbursement of expenses and make final allowances of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

Dated: <u>10/3/08</u>                       RESPECTFULLY SUBMITTED,


By:<u>/s/Thomas B. Sullivan</u>
    THOMAS B. SULLIVAN, TRUSTEE
    1900 RAVINIA PLACE
    ORLAND PARK, IL  60462
    Telephone # (708) 226-2700

## TRUSTEE TASKS

An involuntary bankruptcy petition was filed against the debtor by three trade unions for dues and welfare benefits owed on union tradesmen wages.  A related case was also filed against the owner of Midwest Millwork, Inc., Peter Kickel.  The Trustee was appointed on January 27, 2005.

The Trustee developed and reviewed information that became available and worked with counsel for the creditors to complete the schedules and start the process of discovering assets for the benefit of unsecured creditors.  Some information pertained to Peter Kickel individually and some to the debtor.  The Trustee employed counsel with court approval on March 24, 2005.                    **7 HOURS**

The Trustee finally was able to gather sufficient information and reviewed schedules that were complete enough to schedule a first meeting of creditors on June 9, 2005.  Trustee's counsel also attended the meeting.  Almost six months time had elapsed since the original petition was filed.

During the first meeting, the Trustee questioned Peter Kickel concerning the financial affairs of the debtor.  It appeared that personal assets of Mr. Kickel and the debtor had been intermingled.  The debtor had continued to operate Midwest Millwork in violation of the bankruptcy rules requiring the debtor to cease doing business after the adjudication of the involuntary.                    **1 HOUR**

After the hearing, the Trustee filed an asset report and discussed further action to be taken with counsel.  The action taken is described below:

A demand letter was written to Baer Supply company and a recovery of $2,962.48 was made August 30, 2005.

Demand letter was written and subsequently adversary complaints were filed against:

E. Kinast Distributors, Inc.

Aetna Plywood

Frank Paxton Lumber Co., LLC

All Tile, Inc.

Krahl Associates, Inc.

Peter Kickel

Recoveries were made on all of the adversary complaints filed. The Trustee was involved in the negotiations.

**9 HOURS**

An accountant was hired with court approval and final tax returns were prepared and filed.  The Trustee corresponded with accountant and reviewed all tax returns.                    **1 HOUR**

Claims were checked and a final report was prepared and filed.

**2 HOURS**

**20 HOURS @ $475.00/HOURS = $9,500.00**

**EXHIBIT A**

**TRUSTEE COSTS**

1)  **Old Second Bank – copy charges**                    **$ 17.50**


     **TOTAL COSTS**                                       **$<u>17.50</u>**

**EXHIBIT B**

**DISPOSITION OF ESTATE PROPERTY**

| Scheduled Property and Disposition | Amount Realized |
|---|---|
| | |

| Unscheduled Property | Amount Realized |
|---|---|
| See Forms 1 & 2, attached hereto | |

TOTAL RECEIPTS                                            $                    59,579.98

TOTAL SCHEDULED VALUE
OF PROPERTY ABANDONED                          $                  151,123.10

TOTAL SCHEDULED VALUE
OF EXEMPT PROPERTY                                 $                            0.00

**EXHIBIT C**

**CASH RECEIPTS AND DISBURSEMENTS**

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04B-47450 BWB | **Trustee:** (330180)    THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** MIDWEST MILLWORK, INC. | **Filed (f) or Converted (c):** 12/28/04 (f) |
| | **§341(a) Meeting Date:** 02/10/05 |
| **Period Ending:** 10/03/08 | **Claims Bar Date:** 09/15/05 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | OLD SECOND NATIONAL BANK | 0.00 | 0.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 2,000.00 | 2,000.00 | DA | 0.00 | FA |
| 3 | WEARING APPAREL | 500.00 | 500.00 | DA | 0.00 | FA |
| 4 | IRA | 5,666.80 | 5,666.80 | DA | 0.00 | FA |
| 5 | A/R | 132,956.30 | 132,956.30 | DA | 0.00 | FA |
| 6 | 2001 FORD EXCURSION | 10,000.00 | 0.00 | | 0.00 | FA |
| 7 | 2003 FORD MINI-VAN | 17,000.00 | 0.00 | | 0.00 | FA |
| 8 | POSSIBLE PREFERENCES  (u) | 10,000.00 | 10,000.00 | | 39,803.46 | FA |
| 9 | MACHINERY & EQUIPMENT  (u) | 10,000.00 | 10,000.00 | DA | 0.00 | FA |
| 10 | FRAUD CONEYANCE CLAIM AGAINST PETER KICKEL<br>(u) | 350,000.00 | 350,000.00 | | 19,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 776.52 | Unknown |
| 11 | **Assets**      **Totals** (Excluding unknown values) | **$538,123.10** | **$511,123.10** | | **$59,579.98** | **$0.00** |

**Major Activities Affecting Case Closing:**

MOTION FOR TURNOVER OF MACHINERY AND EQUIPMENT SET FOR 12/16/05
PREFERENCE SETTLEMENTS EXPECTED IN 1/06
FRAUDULENT CONVEYANCE ADVERSARY STATUS IN 2/06
ENFORCING JUDGMENT AGAINST PETER KICKEL

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| **Case Number:** 04B-47450 BWB | **Trustee:** (330180)  THOMAS B. SULLIVAN, TRUSTEE |
| **Case Name:** MIDWEST MILLWORK, INC. | **Filed (f) or Converted (c):** 12/28/04 (f) |
| | **§341(a) Meeting Date:** 02/10/05 |
| **Period Ending:** 10/03/08 | **Claims Bar Date:** 09/15/05 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) <br><br> Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

ACCOUNTANT EMPLOYED; AWAITING TAX RETURNS

**Initial Projected Date Of Final Report (TFR):** December 31, 2005    **Current Projected Date Of Final Report (TFR):** June 30, 2008

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-47450 BWB |
| **Case Name:** | MIDWEST MILLWORK, INC. |
| **Taxpayer ID #:** | 36-4231023 |
| **Period Ending:** | 10/03/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-19 - Time Deposit Account |
| **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Time Deposit Account Balance |
|---|---|---|---|---|---|---|---|
| 06/13/06 | | FUNDING ACCOUNT: ********7365 | | 9999-000 | 10,000.00 | | 10,000.00 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 7.40 | | 10,007.40 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 12.76 | | 10,020.16 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 12.77 | | 10,032.93 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 11.96 | | 10,044.89 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 12.81 | | 10,057.70 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 12.41 | | 10,070.11 |
| 12/12/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5000% | 1270-000 | 4.96 | | 10,075.07 |
| 06/11/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.5500% | 1270-000 | 77.31 | | 10,152.38 |
| 12/07/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.4500% | 1270-000 | 73.48 | | 10,225.86 |
| 06/04/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 1.2800% | 1270-000 | 64.75 | | 10,290.61 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 10,290.61 | 0.00 | **$10,290.61** |
| Less: Bank Transfers | 10,000.00 | 0.00 | |
| **Subtotal** | **290.61** | **0.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$290.61** | **$0.00** | |

{} Asset reference(s)

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 04B-47450 BWB
**Case Name:** MIDWEST MILLWORK, INC.

**Taxpayer ID #:** 36-4231023
**Period Ending:** 10/03/08

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)
**Bank Name:** JPMORGAN CHASE BANK, N.A.
**Account:** ***-*****73-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 08/30/05 | {8} | BAER SUPPLY COMPANY | PREFERENCE PAYMENT | 1241-000 | 2,962.48 | | 2,962.48 |
| 09/01/05 | 1001 | PROPERTY INSIGHT LLC | TRACT SEARCH ON 31W101 SCHOGER PROPERTY | 2990-000 | | 75.00 | 2,887.48 |
| 09/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5000% | 1270-000 | 1.15 | | 2,888.63 |
| 10/12/05 | 1002 | Grochocinski, Grochocinski & Lloyd, Ltd. | REIMBURSEMENT OF ADVERSARY FILING FEES | 2700-000 | | 1,000.00 | 1,888.63 |
| 10/31/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 1.05 | | 1,889.68 |
| 11/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.5500% | 1270-000 | 0.85 | | 1,890.53 |
| 12/05/05 | {8} | E. KINAST DISTRIBUTORS, INC. | SETTLEMENT OF ADVERSARY | 1241-000 | 2,484.00 | | 4,374.53 |
| 12/30/05 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 1.96 | | 4,376.49 |
| 01/13/06 | {8} | AETNA PLYWOOD | SETTLEMENT OF ADVERSARY | 1241-000 | 3,000.00 | | 7,376.49 |
| 01/19/06 | {8} | FRANK PAXTON LUMBER CO LLC | SETTLEMENT OF ADVERSARY 05A 02251 | 1241-000 | 6,000.00 | | 13,376.49 |
| 01/30/06 | {8} | ALL TILE INC. | SETTLEMENT OF PREFERENCE | 1241-000 | 1,355.98 | | 14,732.47 |
| 01/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 4.27 | | 14,736.74 |
| 02/09/06 | 1003 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2005 FOR CASE #04B-47450, Bond #016026455 | 2300-000 | | 3.37 | 14,733.37 |
| 02/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 7.92 | | 14,741.29 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.77 | | 14,750.06 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 9.34 | | 14,759.40 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 10.03 | | 14,769.43 |
| 06/13/06 | | ACCOUNT FUNDED: ********7319 | | 9999-000 | | 10,000.00 | 4,769.43 |
| 06/14/06 | 1004 | EUNICE SACHS & ASSOCIATES | FEE FOR COURT REPORTER AND TRANSCRIPTS OF 341 INTERVIEWS CONDUCTED ON 6/9/06 | 2990-000 | | 916.00 | 3,853.43 |

**Subtotals :** **$15,847.80** **$11,994.37**

{} Asset reference(s)

# Form 2

Page:  3

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-47450 BWB |
| **Case Name:** | MIDWEST MILLWORK, INC. |
| **Taxpayer ID #:** | 36-4231023 |
| **Period Ending:** | 10/03/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/15/06 | 1005 | UPS | INV. 0000FA7336226/OVERNIGHT DELIVERY CHARGES | 2990-000 | | 19.31 | 3,834.12 |
| 06/21/06 | 1006 | UPS | INVOICE 0000FA7336246 | 2990-000 | | 26.11 | 3,808.01 |
| 06/23/06 | | To Account #********7366 | TRANSFER FUNDS TO PAY TRANSCRIPT FEES | 9999-000 | | 43.00 | 3,765.01 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 5.76 | | 3,770.77 |
| 07/21/06 | {8} | KRAHL ASSOCIATES, INC. | SETTLEMENT OF ADVERSARY 05a 01510 | 1241-000 | 24,001.00 | | 27,771.77 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 6.29 | | 27,778.06 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.88 | | 27,796.94 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.66 | | 27,814.60 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 19.50 | | 27,834.10 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 18.29 | | 27,852.39 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.8000% | 1270-000 | 17.69 | | 27,870.08 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 18.58 | | 27,888.66 |
| 02/07/07 | 1007 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2006 FOR CASE #04B-47450, BOND #016026455 | 2300-000 | | 53.61 | 27,835.05 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 13.88 | | 27,848.93 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 14.87 | | 27,863.80 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 15.37 | | 27,879.17 |
| 05/11/07 | {10} | PETER KICKEL | SETTLEMENT OF ADVERSARY 05A 01797 | 1241-000 | 19,000.00 | | 46,879.17 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 21.13 | | 46,900.30 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 24.20 | | 46,924.50 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 26.72 | | 46,951.22 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.6500% | 1270-000 | 25.90 | | 46,977.12 |
| | | | **Subtotals :** | | **$43,265.72** | **$142.03** | |

{} Asset reference(s)

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-47450 BWB |
| **Case Name:** | MIDWEST MILLWORK, INC. |
| **Taxpayer ID #:** | 36-4231023 |
| **Period Ending:** | 10/03/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 23.41 | | 47,000.53 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 27.60 | | 47,028.13 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 24.46 | | 47,052.59 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 23.96 | | 47,076.55 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 21.52 | | 47,098.07 |
| 02/11/08 | 1008 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2007 FOR CASE #04B-47450, BOND #016026455 - TERM 2/1/08-2/1/09 | 2300-000 | | 59.92 | 47,038.15 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 9.66 | | 47,047.81 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 8.84 | | 47,056.65 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 6.56 | | 47,063.21 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.12 | | 47,069.33 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.98 | | 47,075.31 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.98 | | 47,081.29 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 5.59 | | 47,086.88 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.17 | | 47,093.05 |

|  |  | Subtotals : | $175.85 | $59.92 |
|---|---|---|---|---|

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | | |
|---|---|---|
| **Case Number:** | 04B-47450 BWB | |
| **Case Name:** | MIDWEST MILLWORK, INC. | |
| **Taxpayer ID #:** | 36-4231023 | |
| **Period Ending:** | 10/03/08 | |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-65 - Money Market Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | ACCOUNT TOTALS | | 59,289.37 | 12,196.32 | $47,093.05 |
| | | | Less: Bank Transfers | | 0.00 | 10,043.00 | |
| | | | **Subtotal** | | 59,289.37 | 2,153.32 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$59,289.37** | **$2,153.32** | |

# Form 2

Page: 6

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-47450 BWB |
| **Case Name:** | MIDWEST MILLWORK, INC. |
| **Taxpayer ID #:** | 36-4231023 |
| **Period Ending:** | 10/03/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-66 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/23/06 | | From Account #********7365 | TRANSFER FUNDS TO PAY TRANSCRIPT FEES | 9999-000 | 43.00 | | 43.00 |
| 06/23/06 | 101 | JACKLEEN DE FINI, C.S.R., R.P.R. | FEE FOR TRANSCRIPTS | 2990-000 | | 43.00 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | **43.00** | **43.00** | **$0.00** |
| Less: Bank Transfers | 43.00 | 0.00 | |
| **Subtotal** | **0.00** | **43.00** | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$43.00** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 04B-47450 BWB |
| **Case Name:** | MIDWEST MILLWORK, INC. |
| | |
| **Taxpayer ID #:** | 36-4231023 |
| **Period Ending:** | 10/03/08 |

| | |
|---|---|
| **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****73-67 - Checking Account |
| **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | **0.00** | **0.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

| | |
|---|---|
| Net Receipts : | 59,579.98 |
| Net Estate : | $59,579.98 |

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **CD # ***-*****73-19** | 290.61 | 0.00 | 10,290.61 |
| **MMA # ***-*****73-65** | 59,289.37 | 2,153.32 | 47,093.05 |
| **Checking # ***-*****73-66** | 0.00 | 43.00 | 0.00 |
| **Checking # ***-*****73-67** | 0.00 | 0.00 | 0.00 |
| | **$59,579.98** | **$2,196.32** | **$57,383.66** |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

IN RE:

MIDWEST MILLWORK, INC.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 04B-47450 BWB

JUDGE BRUCE W. BLACK

### PROPOSED DISTRIBUTION REPORT

I, THOMAS B. SULLIVAN, TRUSTEE, herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Secured Claims: | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 46,411.44 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 10,966.05 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 0.00 |
| | |
| TOTAL AMOUNT TO BE DISTRIBUTED: | $ 57,377.49 |

| 1. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| Secured Claims | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 2. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | | $     46,411.44 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| ADMIN1 | THOMAS B. SULLIVAN, TRUSTEE | 6,228.69 | 6,228.69 |
| ADMIN2 | THOMAS B. SULLIVAN, TRUSTEE | 17.50 | 17.50 |
| ADMIN3 | Alan D. Lasko | 5,443.60 | 5,443.60 |
| ADMIN4 | Alan D. Lasko | 47.53 | 47.53 |
| ADMIN5 | Grochocinski, Grochocinski & Lloyd, Ltd. | 33,900.00 | 33,900.00 |
| ADMIN6 | Grochocinski, Grochocinski & Lloyd, Ltd. | 274.12 | 274.12 |
| ADMIN7 | Clerk Of The U.S. Bankruptcy Court | 500.00 | 500.00 |

| 3. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in possession (DIP) administrative expenses) | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 4. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | | $          0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|

|  |  |  | TOTAL | $ | 0.00 |

| 5. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 6. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | | $      47,151.51 | 23.26% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| 002 | CARPENTERS FRINGE BENEFIT FUNDS OF III | 2,481.60 | 577.15 |
| 007 | CHICAGO DIST COUNCIL OF CARPENTERS PENSION FUNDS | 44,669.91 | 10,388.90 |
| | | TOTAL        $ | 10,966.05 |

| 7. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 8. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | | $        0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|---|
| | | TOTAL        $ | 0.00 |

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§507(a)(7) - Alimony $ 0.00 0.00%

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §724(b)(6) - Tax Liens: | | $ 2,649.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| 017 ILLINOIS DEPT OF REVENUE | 2,649.00 | 0.00 |
| TOTAL $ | | 0.00 |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $ 187,252.65 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| 016 ILLINOIS DEPT OF EMPLOYMENT SECURITY | 33,517.20 | 0.00 |
| 017 ILLINOIS DEPT OF REVENUE | 153,735.45 | 0.00 |
| TOTAL $ | | 0.00 |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $ 0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL $ | 0.00 |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $ 348,292.92 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| 001 PETER BORZAK & HEATHER BORZAK.VELISHA HADDOX, JEFFERY GANSBE | 12,500.00 | 0.00 |

| 002 | CARPETNERS FRINGE BENEFIT FUNDS OF III | 7,444.80 | 0.00 |
| 003 | CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS | 107,907.11 | 0.00 |
| 004 | CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS | 1,618.25 | 0.00 |
| 005 | HINSHAW & CULBERTSON | 17,075.23 | 0.00 |
| 006 | CHICAGO DIST COUNCIL OF CARPENTERS PENSION FUNDS | 158,814.99 | 0.00 |
| 008 | AETNA PLYWOOD, INC. | 28,422.37 | 0.00 |
| 009 | WALTZCRAFT INDUSTRIES INC. | 10,012.73 | 0.00 |
| 010 | JAECKLE WHOLESALE INC. | 602.67 | 0.00 |
| 011 | BENCHMARK HMF | 894.77 | 0.00 |
| 012 | AETNA PLYWOOD, INC. | 3,000.00 | 0.00 |
| | | TOTAL        $ | 0.00 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | General Unsecured Subordinated claims | $        0.00 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| | | TOTAL        $ | 0.00 |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $      56,486.82 | 0.00% |
| CLAIM NUMBER | CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
| 013 | FRANK PAXTON LUMBER COMPANY LLC | 10,742.26 | 0.00 |
| 014 | FRANK PAXTON LUMBER COMPANY LLC | 6,000.00 | 0.00 |
| 015 | E KINAST DISTRIBUTORS, INC. | 6,796.56 | 0.00 |
| 016 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | 2,270.00 | 0.00 |
| 017 | ILLINOIS DEPT OF REVENUE | 30,656.00 | 0.00 |
| 018 | ILLINOIS DEPT OF REVENUE | 22.00 | 0.00 |
| | | TOTAL        $ | 0.00 |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

§726(a)(4) - Fines/penalties   $   0.00   0.00%

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL   $ | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(5) - Interest | $   0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL   $ | 0.00 |

| 18. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a)(6) - Surplus to Debtor | $   0.00 | 0.00% |

| CLAIM NUMBER CREDITOR | ALLOWED REQUESTED | PROPOSED ALLOWANCE |
|---|---|---|
| | TOTAL   $ | 0.00 |

The following claims are not included in the distribution because they have been disallowed or barred by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____   _____

THOMAS B. SULLIVAN, TRUSTEE

## PROFESSIONAL FEES AND EXPENSES

| | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---|---|---|
| **Attorney for Trustee** | | | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Fees | 0.00 | 33,900.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. Expenses | 0.00 | 274.12 | |
| | | | 34,174.12 |
| **Accountant for Trustee** | | | |
| Alan D. Lasko Fees | 0.00 | 5,443.60 | |
| Alan D. Lasko Expenses | 0.00 | 47.53 | |
| | | | 5,491.13 |
| **Attorney for Debtor** | | | |
| | | | 0.00 |
| **Other Professionals** | | | |
| | | | 0.00 |
| TOTALS | $     0.00 | $   39,665.25 | $   39,665.25 |

1