**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| IN RE:<br>MIDWEST MILLWORK, INC.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 04B-47450 BWB<br><br>JUDGE BRUCE W. BLACK |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS
FOR COMPENSATION, AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: Will County Court Annex
   57 N. Ottawa St., Courtroom 201
   Joliet, Illinois 60432

   on: **December 19, 2008**
   at: **9:15 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

   a. Receipts $ 59,579.98

   b. Disbursements $ 2,196.32

   c. Net Cash Available for Distribution $ 57,383.66

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Fees) | 0.00 | $6,228.69 | |
| THOMAS B. SULLIVAN, TRUSTEE (Trustee Expenses) | 0.00 | | $17.50 |
| Alan D. Lasko (Trustee's Accountant Fees) | 0.00 | $5,443.60 | |
| Alan D. Lasko (Trustee's Accountant Expenses) | 0.00 | | $47.53 |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Fees) | 0.00 | $33,900.00 | |
| Grochocinski, Grochocinski & Lloyd, Ltd. (Trustee's Attorney Expenses) | 0.00 | | $274.12 |
| Clerk Of The U.S. Bankruptcy Court (US Bankruptcy Court) | 0.00 | | $500.00 |

5.      Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6.      In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $237,053.16 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 4.68%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 002 | CARPENTERS FRINGE BENEFIT FUNDS OF III | $ 2,481.60 | $ 577.15 |
| 007 | CHICAGO DIST COUNCIL OF CARPENTERS PENSION FUNDS | $ 44,669.91 | $ 10,388.90 |
| | **Claims below to be paid after claim #002 & #007 are paid in full. | | |
| 016 | ILLINOIS DEPT OF EMP. SECURITY | 33,517.20 | 0.00 |
| 017 | ILLINOIS DEPT OF REVENUE | 153,735.45 | 0.00 |
| 017 | ILLINOIS DEPT OF REVENUE | 2,649.00 | 0.00 |

7.      Claims of general unsecured creditors totaling $348,292.92 have been allowed and will be paid *pro rata* only after all allowed

administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | PETER BORZAK & HEATHER BORZAK.VELISHA HADDOX, JEFFERY GANSBE | $ 12,500.00 | $ 0.00 |
| 002 | CARPETNERS FRINGE BENEFIT FUNDS OF III | $ 7,444.80 | $ 0.00 |
| 003 | CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS | $ 107,907.11 | $ 0.00 |
| 004 | CARPENTERS FRINGE BENEFIT FUNDS OF ILLINOIS | $ 1,618.25 | $ 0.00 |
| 005 | HINSHAW & CULBERTSON | $ 17,075.23 | $ 0.00 |
| 006 | CHICAGO DIST COUNCIL OF CARPENTERS PENSION FUNDS | $ 158,814.99 | $ 0.00 |
| 008 | AETNA PLYWOOD, INC. | $ 28,422.37 | $ 0.00 |
| 009 | WALTZCRAFT INDUSTRIES INC. | $ 10,012.73 | $ 0.00 |
| 010 | JAECKLE WHOLESALE INC. | $ 602.67 | $ 0.00 |
| 011 | BENCHMARK HMF | $ 894.77 | $ 0.00 |
| 012 | AETNA PLYWOOD, INC. | $ 3,000.00 | $ 0.00 |
| 013 | FRANK PAXTON LUMBER COMPANY LLC | $ 10,742.26 | $ 0.00 |
| 014 | FRANK PAXTON LUMBER COMPANY LLC | $ 6,000.00 | $ 0.00 |
| 015 | E KINAST DISTRIBUTORS, INC. | $ 6,796.56 | $ 0.00 |
| 016 | ILLINOIS DEPT OF EMPLOYMENT SECURITY | $ 2,270.00 | $ 0.00 |
| 017 | ILLINOIS DEPT OF REVENUE | $ 30,656.00 | $ 0.00 |
| 018 | ILLINOIS DEPT OF REVENUE | $ 22.00 | $ 0.00 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois  60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no

        objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10.     Debtor has not been discharged.

11.     The Trustee proposed to abandon the following property at the hearing: books and records of the debtor, household goods, wearing apparel, IRA, accounts receivable, and machinery and equipment.

Dated: **November 21, 2008**      For the Court,

        **KENNETH S. GARDNER**
        Kenneth S. Gardner
        Clerk of the U.S. Bankruptcy Court
        219 S. Dearborn Street; 7th Floor
        Chicago, IL  60604

Trustee:   THOMAS B. SULLIVAN, TRUSTEE
Address:   1900 RAVINIA PLACE
           ORLAND PARK, IL  60462
Phone No.: (708) 226-2700

# CERTIFICATE OF NOTICE

```
District/off: 0752-1           User: amcc7                 Page 1 of 2              Date Rcvd: Nov 21, 2008
Case: 04-47450                 Form ID: pdf002             Total Served: 46


The following entities were served by first class mail on Nov 23, 2008.
db           +Midwest Millwork, Inc,    PO Box 2209,    Bolingbrook, IL 60440-0137
aty          +Arthur W Rummler,    Grochocinski, Grochoinski & Lloyd Ltd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +Daniel J Kramer,    1107a S Bridge St,    Yorkville, IL 60560-1774
aty          +David E Grochocinski,    Grochocinski & Grochocinski,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,     1900 Ravinia Place,
               Orland Park, IL 60462-3760
9666640      +Aetna Plywood, Inc.,    c/o Jason D. Altman,    Kluever & Platt, LLC,
               65 E. Wacker Pl., Suite 1700,    Chicago, IL 60601-7248
9285214      +Bank of America,    Acct # 4024116000482081,    PO Box 53132,    Phoenix, AZ 85072-3132
9285231      +Benchmark HMF,    Therma Tru Corp/Benchmark HMF,     Attn Amy Cook,    1750 Indianwoods Circle,
               Maumee, OH 43537-4049
9285222      +Caine and Weiner,    PO Box 8500,    Van Nuys, CA 91409-8500
9494630      +Carpenters Fringe Benefit Funds of Ill,    c/o Patrick N Ryan,     200 W Adams Street, Ste 2200,
               Chicaog, IL 60606-5231
9498197      +Carpenters Fringe Benefit Funds of Illinois,     Patrick N. Ryan,
               Baum Sigman Auerbach & Neuman, Ltd,    200 W. Adams Street, Suite 2200,     Chicago, IL 60606-5231
9499364      +Carpenters Fringe Bennefit Funds of Illinois,     Patrick N Ryan,
               Baun Sigman Auerbach & Neuman Ltd,    200 W Adams Street Ste 2200,     Chicago IL 60606-5231
9285237      +Carpenters Pension and Retirement Savings Fund,     Acct. # 4069,    PO Box 791,
               Geneva, IL 60134-0791
9639220      +Chicago Dist. Council of Carpenters Pension Funds,     c/o Bruce C. Scalambrino,
               Scalambrino & Arnoff,    33 North LaSalle Street,    Suite 1210,    Chicago, IL 60602-3416
9285215      +Citi Bank,    Acct. # 4128003610299540,    PO box 6414,    The Lakes, NV 88901-6414
9285234       ComEd Billing Center,    Acct. # 5932613007,    PO Box 60668-0001,    Chicago, IL 60668-0001
9285235       ComEd Billing Center,    Acct. # 5932614013,    PO Box 60668-0001,    Chicago, IL 60668-0001
9285228      +Crown Recycling,    Acct. # 91272,    PO Box 309,    Elk Grove Village, IL 60009-0309
10603898     +E. Kinast Distributors, Inc.,    9362 W. Grand Ave.,    Franklin Park, IL 60131-3411,
               Attn: Ken Olhava
9285218       Edward Hospital,    Acct. # 5068798 E 031673965,    Attn: OSI CollectionsPO Box 959,
               Brookfield, WI 53008
9285216      +Edward Hospital,    Attn: OSI Collections,    PO Box 959,    Brookfield, WI 53008-0959
10587273     +Frank Paxton Lumber Company LLC,    c/o George P. Apostolides,     Arnstein & Lehr LLP,
               120 S. Riverside Plaza, Suite 1200,    Chicago, IL 60606-3910
9285211      +HRM Properties, Inc.,    300 N. Lake Street,    Montgomery, IL 60538-1288
9285221      +Hinshaw and Culbertson,    Suite 300,    222 N. LaSalle St.,    Chicago, IL 60601-1081
11351816    ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street Level 7-425,    Chicago, Illinois  60601)
9285240     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,     PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,    Philadelphia, PA 19114)
9285238      +Illinois Department of Employment Security,     527 South Wells St.,    Chicago, IL 60607-3928
10991607     +Illinois Dept of Employment Security,    Attorney General Section - 7th Floor,     33 S State St,
               Chicago, IL 60603-2804
9285229      +JC Licut, Co,    Suite 200,    320 W. Fullerton Ave,    Carol Stream, IL 60188-1866
9285230      +Jabcle Distributions,    Acct. # 044789,    PO Box 684021,    Milwaukee, WI 53268-4021
9784646      +Jaeckle Wholesale Inc,    4101 Owl Creek Dr,    Madison, WI 53718-4407
9285236       LaSalle Bank,    Acct. # 5201248472,    Rt. 59/95th St.,    Naperville, IL
9285224      +Levy Diamond Beuo and Associates,    Acct. # 1217703,    PO Box 352,    Milford, CT 06460-0352
9285223      +Levy Diamond Beuo and Associates,    Acct. # 1217708,    PO Box 352,    Milford, CT 06460-0352
9285212      +MB Financial Bank,    Acct # 5598,    801 W. Madison St.,    Chicago, IL 60607-2607
9285225      +McLeod USA,    Acct: xx 3557813,    PO Box 3243,    Milwaukee, WI 53201-3243
9285233      +NICOR,    Acct. # 3348433156,    PO Box 312,    Aurora, IL 60507-0312
9285232      +NICOR,    Acct. # 3348433763,    PO Box 312,    Aurora, IL 60507-0312
9285219      +Naperville Radiologists,    Acct. # 53563,    PO Box 70,    Hinsdale, IL 60522-0070
9465664      +Peter Borzak and Heather Borzak,    Velisha Haddox   Jeffrey L Gansberg,
               Wildman Harrold Allen & Dixon LLP,    225 W Wacker Drive Suite 3000,     Chicago, IL 60606-3007
9285220      +Qubst Diagnostics,    Acct. # 3083140294,    PO Box 64804,    Baltimore, MD 21264-4804
9285226       Seko Worldwide,    Acct. # 73998,    Suite # 600,    Itaska, IL 60143
9285239      +State of Illinois Department of Revenue,    Willard Ice Building,     101 W. Jefferson St.,
               Springfield, IL 62702-5145
9285227      +Walzcraft Industries Inc,    Instate Adjustments,    PO Box 3219,    LaCrosse, WI 54602-3219
9285213      +Washington Mutual, Acct.,    #0676202450,    PO Box 3139,    Milwaukee, WI 53201-3139

The following entities were served by electronic transmission.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty            Grochocinski, Grochocinski and LLyod Ltd
9285217*      +Edward Hospital,    Attn: OSI Collections,    PO Box 959,    Brookfield, WI 53008-0959
11351818*   ++ILLINOIS DEPARTMENT OF REVENUE,     P O BOX 64338,    CHICAGO IL 60664-0338
             (address filed with court: Illinois Department of Revenue,     Bankruptcy Section,
               100 West Randolph Street Level 7-425,    Chicago, Illinois  60601)
                                                                                              TOTALS: 1, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-1          User: amcc7           Page 2 of 2              Date Rcvd: Nov 21, 2008
Case: 04-47450                Form ID: pdf002       Total Served: 46
```

          ***** BYPASSED RECIPIENTS (continued) *****

```
Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 23, 2008**                    **Signature:**     *Joseph Speetjens*